UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX ) | 06-2677 CRB |
| MARKETING SALES PRACTICES AND ) | |
| PRODUCT LIABILITY LITIGATION ) | **MDL NO. 1699** |
| ) | **District Judge: Charles R. Breyer** |
| ) | |
| DARLENE F. LANNOM and ) | **STIPULATION AND ORDER OF** |
| ROBERT S. LANNOM ) | **DISMISSAL WITH PREJUDICE** |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| PFIZER, INC., ET AL. ) | |
| Defendants ) | |

Comes now the Plaintiffs, DARLENE F. LANNOM and ROBERT S. LANNOM, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

with each side bearing its own attorneys' fees and costs.

DATED: _____9/30_____, 2009       By: _____
                                       Attorneys for Plaintiffs,
                                       Darlene F. Lannom and
                                       Robert S. Lannom

DATED: ___December 15___, 2009    By: _____
                                       DLA PIPER LLP (US)
                                       1251 Avenue of the Americas
                                       New York, NY 10020
                                       Telephone: (212) 335-4500
                                       Facsimile: (212) 335-4501
                                       *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT
IS SO ORDERED.**

Dated: ___JAN - 4 2010___         _____
                                   Hon. Charles R. Breyer
                                   United States District Court